UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Sealed Matter                                  Misc. No. 20−mc−50138-7
                                                       Honorable Denise Page Hood

**MOTION AND ORDER TO UNSEAL SEARCH
WARRANT RETURN OF SERVICE SHEET**

THE UNITED STATES OF AMERICA respectfully requests that the search warrant return of service sheet in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the search warrants and affidavits.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the search warrants and affidavits.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/ Claire Sobczak
Claire Sobczak
DOJ Trial Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Claire.Sobczak@usdoj.gov
(202) 591-5418

IT IS SO ORDERED.

s/ Patricia T. Morris
Hon. Patricia T. Morris
United States Magistrate Judge

Entered: September 12, 2023